**Order entered March 2, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01284-CV

### IN RE VENATOR MATERIALS, PLC, Relator

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

### ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is relators' unopposed motion to abate this proceeding, pending issuance of the mandate in a related appeal, cause number 05-19-01177-cv, the "Related Appeal." Relators explain they request abatement so as to allow those parties over whom this Court determined jurisdiction existed[1] to transfer this proceeding to the Beaumont Court of Appeals once the underlying proceeding is transferred to Montgomery County.

---

[1] In the Related Appeal, this Court determined jurisdiction existed over the Huntsman Corporation, Huntsman International LLC, and Huntsman (Holdings) Netherlands B.V. (collectively, the "Huntsman Appellants"). We determined jurisdiction did not exist over Venator Materials PLC, Simon Turner, Kurt Ogden, Stephen Ibbotson, and Russ Stolle (collectively, the "Venator Appellants").

1

We GRANT the motion. To ensure proper disposition of this proceeding, we **ORDER**, **within fifteen days** of the issuance of the mandate in the Related Appeal, the Venator Appellants to file a motion to dismiss this proceeding, and the Huntsman Appellants to file, in accordance with the procedure stated in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 n.2 (Tex. 1995), their motion to transfer.

We **ABATE** the appeal pending further order of the Court.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE